■ KRISTINE BEBLA, Appellant, v DOROTHY J. PICKNEY, Respondent. [693 NYS2d 463] —Appeal from an order of the Supreme Court (Monserrate, J.), entered November 18,˙1998 in Broome County, which, *inter alia*, granted defendant's motion for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice Patrick D. Monserrate.

Mercure, J. P., Peters, Spain, Carpinello and Graffeo, JJ., concur. Ordered that the order is affirmed, with costs.